# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

**LARRY WHITLOCK**, Individually, and on behalf of himself and on behalf of all other similarly situated current and former employees,

      Plaintiff,

v.

**SEVIER COUNTY, TENNESSEE**,

      Defendant.

NO. 3:18-cv-00233-HSM-HBG

FLSA Opt-In Collective Action

**JURY DEMANDED**

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW the Parties, by and through undersigned counsel, and jointly move this Court to amend the previously entered scheduling order in this matter (ECF No. 31). For cause, the Parties would show the Court as follows:

1. The Scheduling Order for this case was entered by the Court on October 22, 2018.

2. The Order provides that the Plaintiff has until December 28, 2018 to file his motion for conditional class certification under the Fair Labor Standards Act, that Defendant's response shall be filed on or before January 28, 2019, and that Plaintiff's reply, if necessary, shall be filed by February 4, 2019.

3. Currently the Parties are in negotiations about a possible stipulation to conditional class certification.

4. Accordingly, the Parties seek a brief 14-day extension of all remaining deadlines in the Scheduling Order to allow them to reach a resolution of their discussions on a stipulation to conditional class certification.

5. Therefore, the parties submit that good cause exists for extending the requested deadlines

1

and that this Motion is not made for the purpose of delay.

Dated: December 27, 2018               Respectfully Submitted,

<p style="margin-left:40%">
<u>s/ Gordon E. Jackson</u>
Gordon E. Jackson (TN BPR #08323)
J. Russ Bryant (TN BPR #33830)
Paula R. Jackson (TN BPR #20149)
Robert E. Turner, IV (TN BPR #35364)
**JACKSON, SHIELDS, YEISER & HOLT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*gjackson@jsyc.com*
*rbryant@jsyc.com*
*pjackson@jsyc.com*
*rturner@jsyc.com*

&

<u>/s/ Marshall W. Stair</u> (w/ Permission)
Janet Strevel Hayes, BPR #018028
Marshall W. Stair, BPR #027556
Lewis, Thomason, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646
Attorneys for Defendant
</p>

2

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document was filed electronically on this the 27th day of December, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                *s/ Gordon E. Jackson*
                                                Gordon E. Jackson