UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LARRY WHITLOCK, individually, and on behalf of himself and on behalf of all other similarly situated current and former employees, )
)
)
)
Plaintiff, )
)
v. ) No. 3:18-CV-233-HSM-HBG
)
SEVIER COUNTY, TENNESSEE, )
)
Defendant. )

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Joint Motion to Amend Scheduling Order [Doc. 35] and Plaintiff's Unopposed Motion for Leave to Amend Complaint [Doc. 36]. With respect to the former Motion, the parties explain that the Court issued a Scheduling Order [Doc. 31], containing deadlines to brief whether this case should be conditionally certified under the Fair Labor Standards Act. The parties state that they are currently in negotiations about a possible stipulation to conditional certification, and they seek a 14-day extension of the remaining deadlines in the Scheduling Order. Accordingly, for good cause shown, the Court hereby **GRANTS** the Joint Motion to Amend Scheduling Order [**Doc. 35**]. The Court will enter an amended Scheduling Order.

With respect to Plaintiff's Motion to Amend Complaint [Doc. 36], Plaintiff states that Defendant does not oppose the Motion. In addition, the Court observes that Plaintiff attached the proposed First Amended Collective Action Complaint as an exhibit [Doc. 36-1] to his Motion in

accordance with Local Rule 15.1. Accordingly, the Court hereby **GRANTS** Plaintiff's Unopposed Motion for Leave to Amend Complaint [**Doc. 36**]. Plaintiff **SHALL FILE** his First Amended Collective Action Complaint [Doc. 36-1] as his operative pleading in CM/ECF on or before **January 9, 2018.**

    **IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge